UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 09-10013-CIV-KING

ERVIN J. EVANS,

    Plaintiff,

v.

SANDRA STERNAL,

    Defendant.

_____/

## ORDER DIRECTING THAT THIS CASE PROCEED AGAINST THE DEFENDANT STERNAL IN HER INDIVIDUAL CAPACITY

THIS CAUSE comes before the Court upon the February 23, 2009 Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White (D.E. #8), recommending that the "Complaint proceed against the defendant Sternal in her individual capacity." D.E. #8. The parties have not filed any objections, and the time to do so has passed.

After a thorough review of the record, the undersigned concludes that the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that Magistrate Judge Patrick A. White's February 23, 2009 R&R (**D.E. #8**) be, and the same is hereby, **AFFIRMED and ADOPTED**. The instant action shall proceed against the Defendant Sternal in her individual capacity.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of March, 2009.

                                              JAMES LAWRENCE KING
                                              U.S. DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

cc: **Magistrate Judge Patrick A. White**

<u>**Counsel for Plaintiff**</u>

**Ervin J. Evans**
No. 6014242
Monroe County Jail
5501 College Road
Key West, FL 33040
PRO SE