UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10013-CIV-KING-WHITE

ERVIN EVANS, a/k/a
ERVIN J. THOMPSON,

    Plaintiff,

v.

SANDRA STERNAL,

    Defendant.

_____/

## ORDER AFFIRMING REPORT OF MAGISTRATE JUDGE AND GRANTING DEFENDANT'S MOTION TO DISMISS

THIS CAUSE comes before the Court upon the filing of a Report of Magistrate Judge Patrick A. White (D.E. #21) filed June 5, 2009, in the above-styled case.

Accordingly, upon review of the record, it is hereby

ORDERED and ADJUDGED as follows:

1) That the Magistrate's Report and Recommendation be, and the same is hereby, **AFFIRMED**.

2) That Defendant Sternal's Motion to Dismiss (D.E. #16) be, and the same is hereby **GRANTED**.

3) That the above-styled case be, and the same is hereby **DISMISSED**.

4) That the Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 9th day of June, 2009.

                                                       *JAMES LAWRENCE KING*
                                                       UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Patrick A. White

       Ervin Evans, a/k/a Ervin J. Thompson, Pro Se
       #6014242
       Monroe County Detention Center
       5501 College Road
       Key West, FL 33040